# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 1:24-cv-04191 |
| ) | |
| BAIRD & WARNER, INC., MARY ) | |
| MASLANKA, and DAVID FREIFELD, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff FEDERAL INSURANCE COMPANY hereby dismisses this action against all defendants without prejudice.

Dated: June 20, 2024

                                            Respectfully submitted,

                                            **WALKER WILCOX MATOUSEK LLP**

                                            /s/ Alla Cherkassky Galati
                                            Christopher A. Wadley (No. 6278651)
                                            Alla Cherkassky Galati (No. 6316595)
                                            cwadley@walkerwilcox.com
                                            agalati@walkerwilcox.com
                                            One North Franklin Street, Suite 3200
                                            Chicago, IL 60606-3610
                                            (312) 244-6700 – Telephone

                                            Attorneys for **FEDERAL INSURANCE COMPANY**

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 20, 2024, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF filing system, which will send notification of such filing to all counsel of record. Baird & Warner, Inc., which has not filed an appearance, will be provided notification via their known counsel, J. Andrew Moss of Reed Smith, at the following email: amoss@reedsmith.com

      /s/ Alla Cherkassky Galati